1
2
3
4
5
6
7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10                                 **EASTERN DIVISION**

11  **JOSEPH PRESTON,**                )
                                        )
12              **Plaintiff,**          )       **Case No. EDCV 11-01914  AJW**
                                        )
13              **v.**                  )       **J U D G M E N T**
                                        )
14  **MICHAEL J. ASTRUE,**              )
    **Commissioner of the Social**      )
15  **Security Administration,**        )
                                        )
16              **Defendant.**          )
    _____)

17

18      **IT IS ADJUDGED** that defendant's decision is affirmed.

19

20  October 31, 2012

21
                                        _____
22                                      ANDREW J. WISTRICH
                                        United States Magistrate Judge
23
24
25
26
27
28